UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.

(1) BRANDON MOORE, a/k/a
"BAMBOOZLE MOORE," a/k/a "BAM,"

(2) ███████████████████████

(3) ███████████████████ and

(4) ███████████████,

Defendants

Case No. 22-CR-10157-FDS

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL

The United States of America hereby moves this Court to direct that the indictment be partially unsealed in the form attached hereto. In support of this motion, the government states that the defendant Brandon Moore has been taken into custody. Thus, there is no further reason to keep the indictment as to him sealed. Because the co-defendants have not yet been arrested, the government requests that the indictment remain partially sealed, and that only the attached redacted indictment be made public at this time.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: _____
Elianna J. Nuzum
Assistant United States Attorney
Date: July 15, 2022

So ordered.

_____
Judith G. Dein
U.S. Magistrate Judge