CLOSED

# U.S. District Court
# Alabama Middle District (Montgomery)
# CRIMINAL DOCKET FOR CASE #: 2:22-mj-00104-KFP-1
# Internal Use Only

Case title: USA v. Moore
Plea Filings

Date Filed: 07/15/2022
Sentencing Filings
Date Terminated: 07/15/2022

Assigned to: Honorable Judge Kelly F. Pate

### Defendant (1)

**Brandon Moore**
*TERMINATED: 07/15/2022*
*also known as*
Bamboozle Moore
*TERMINATED: 07/15/2022*
*also known as*
BAM
*TERMINATED: 07/15/2022*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
**Bar Status: US Attorney-and other Special**

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

| **Complaints** | **Disposition** |
|---|---|
| 18:922(a)(3): Conspiracy to Commit Illegal Transportation or Receipt in State of Residency of Firearm Purchased or Acquired Outside of State of Residency | |

**Plaintiff**

**USA**                                                       represented by **Russell Turner Duraski**
United States Attorney's Office - ALM
Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104
334-223-7280
Fax: 334-223-7560
Email: russell.duraski@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U S Attorney*
**Bar Status: US Attorney-and other Special**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2022 | | Arrest (Rule 5) of Brandon Moore (kcf, ) (Entered: 07/15/2022) |
| 07/15/2022 | 1 | CJA 23 Financial Affidavit by Brandon Moore (kcf, ) (Entered: 07/15/2022) |
| 07/15/2022 | | ORAL MOTION to Appoint Counsel by Brandon Moore. (kcf, ) (Entered: 07/15/2022) |
| 07/15/2022 | | **ORAL ORDER granting Oral Motion to Appoint Counsel: Appointed Federal Defender for Brandon Moore as to Brandon Moore (1). Entered by Honorable Judge Kelly F. Pate on 7/15/2022. (kcf, )** (Entered: 07/15/2022) |
| 07/15/2022 | 2 | WAIVER of Rule 5 & 5.1 Hearings by Brandon Moore (kcf, ) (Entered: 07/15/2022) |
| 07/15/2022 | 3 | Appearance Bond Entered as to Brandon Moore in amount of $25,000.00, (Document Restricted to Case Participants) (kcf, ) (Entered: 07/15/2022) |
| 07/15/2022 | 4 | **ORDER Setting Conditions of Release as to Brandon Moore (1) $25,000.00 Unsecured Bond (Document Access Restricted to Case Participants.). Signed by Honorable Judge Kelly F. Pate on 7/15/2022. (kcf, )** (Entered: 07/15/2022) |

| | | | |
|---|---|---|---|
| 07/15/2022 | | | **ORAL ORDER** entered pursuant to Fed.R.Crim.P.5(f) as to Brandon Moore. Entered by Honorable Judge Kelly F. Pate on 7/15/2022. (kcf, ) (Entered: 07/15/2022) |
| 07/15/2022 | | 5 | **ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Brandon Moore. Signed by Honorable Judge Kelly F. Pate on 7/15/2022. (kcf, )** (Entered: 07/15/2022) |
| 07/15/2022 | 🔒 | 6 | Minute Entry for proceedings held before Honorable Judge Kelly F. Pate:Initial Appearance in Rule 5(c)(3) Proceedings as to Brandon Moore held on 7/15/2022 (PDF available for court use only) (Recording Time 2:01-2:13.) (kcf, ) (Entered: 07/15/2022) |
| 07/15/2022 | | 7 | **FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) ORDER as to Brandon Moore. Signed by Honorable Judge Kelly F. Pate on 7/15/2022. (kcf, )** (Entered: 07/15/2022) |
| 07/15/2022 | 🔒 | | (Court only) ***Case Terminated as to Brandon Moore, ***Terminated defendant Brandon Moore, pending deadlines, and motions. (kcf, ) (Entered: 07/15/2022) |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

## COURTROOM DEPUTY'S MINUTES

**DATE:** 7/15/2022      **PROCEEDING:** INITIAL APPEARANCE

**DIGITAL RECORDING:** 2:01-2:13      **COURT REPORTER:** N/A CR 5A

**PRESIDING:** U.S. MAGISTRATE JUDGE KELLY F. PATE

**DEPUTY CLERK:** KELLI FULLER

---

**CASE NUMBER:** 2:22MJ104-KFP     **DEFENDANT NAME:** BRANDON MOORE
**PO/PTSO:** BRANDON HOLMAN     **AUSA:** RUSSELL T. DURASKI
**INTERPRETER:** √ No ☐ Yes     **DEFENSE ATTORNEY:** SAMUEL BROOKE
**Name:**     **Type counsel:** FPD

---

- [√] Date of Arrest: 7/15/22 ☐ charges this district; √ Rule 5; ☐ on WRIT
- [ ] Defendant's First Appearance; ☐ Pretrial Release; ☐ Prob/Sup Rel Violator. Advised of rights/charges
- [√] Financial Affidavit executed.
- [√] ORAL MOTION for appointment of Counsel
- [√] ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed
- [ ] Panel Attorney appointed; ☐ to be appointed - prepare voucher
- [ ] NOTICE to retained Criminal Defense Attorney handed to counsel
- [ ] Defendant advises he will retain counsel or has retained: Click here to enter text.
- [ ] Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion
- [ ] Government's WRITTEN Motion for Detention filed.
- [ ] Detention Hearing ☐ Waived; ☐ set for:
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
- [ ] ORDER OF DETENTION HEARING PENDING TRIAL to be entered
- [ ] Bond hearing scheduled for: Click here to enter a date. at Click here to enter text.
- [ ] Bond not executed. Defendant to remain in Marshal's custody
- [ ] Release order entered. Defendant advised of conditions of release
- [ ] BOND EXECUTED (M/D AL charges) – Amount: $. Defendant released
- [√] BOND EXECUTED (R. 5) - deft to report via zoom for arraignment on July 20th at 11:30
- [ ] Defendant ORDERED REMOVED to originating district
- [ ] Identity/Removal Hearing scheduled for: Click here to enter a date.
- [√] Waiver of ☐ preliminary hearing; √ Rule 5 & 5.1 hearings; ☐ Preliminary Revocation Hearing
- [ ] Court finds PROBABLE CAUSE: Defendant bound over to: ☐ Grand Jury; ☐ District Judge
- [ ] ARRAIGNMENT ☐ held - Plea of NOT GUILTY entered; set
- [ ] DISCOVERY DISCLOSURE date:
- [ ] Trial set during CRIMINAL TERM commencing:

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:22MJ104-JKFP |
| BRANDON MOORE | ) | |
| | ) | Charging District: District of Massachusetts |
| *Defendant* | ) | Charging District's Case No. 22CR10157-FDS-JGD |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: District of Massachusetts | Courtroom No.: Via Zoom |
|---|---|
| | Date and Time: 7/20/2022 11:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 07/15/2022

/s/ Kelly Fitzgerald Pate
*Judge's signature*

KELLY FITZGERALD PATE, U.S. MAGISTRATE JUDGE
*Printed name and title*

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

IN THE CASE OF: United States v. Moore

FOR:
AT:
LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Brandon Moore

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: 22mj104-KFP
District Court:
Court of Appeals:

CHARGE/OFFENSE (Describe if applicable & check box→) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☒ Yes ☐ No  Door Dash
IF YES, how much do you earn per month? $1400 - $2000/month
Will you still have a job after this arrest? ☒ Yes ☐ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ 5,000 | Chevy Traverse |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☐ Yes ☐ No
IF YES, give the total approximate amount after monthly expenses $

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? ___

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 500 | $ |
| Groceries | $ 1200 | $ |
| Medical expenses | $ | $ |
| Utilities | $ 55 | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ 370 | $ |
| Childcare | $ | $ |
| Child support | $ 280 | $ |
| Insurance | $ 150 | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

Signature: Brandon Moore
SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date: 7/15/22

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:22MJ104-KFP |
| BRANDON MOORE | ) | |
| a/k/a Bamboozle Moore, a/k/a BAM | ) | Charging District's Case No. 22CR10157-FDS-JGD |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    District of Massachusetts

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

- [x] an identity hearing and production of the warrant.
- [x] a preliminary hearing.
- [ ] a detention hearing.
- [ ] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
  - [ ] preliminary hearing and/or [ ] detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/15/22

*Defendant's signature*

*Signature of defendant's attorney*

Samuel Brooks
*Printed name of defendant's attorney*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| BRANDON MOORE, a/k/a "BAMBOOZLE MOORE," a/k/a ) "BAM" ) | Case No. 2:22-mj-104-KFP |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, BRANDON MOORE, a/k/a "BAMBOOZLE MOORE, "a/k/a "BAM" *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

(☒) to appear for court proceedings;

(☒) if convicted, to surrender to serve a sentence that the court may impose; or

(☒) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1) This is a personal recognizance bond.

( ☒ ) (2) This is an unsecured bond of $ 25,000.00                .

( ☐ ) (3) This is a secured bond of $                        , secured by:

   ( ☐ ) (a) $                         , in cash deposited with the court.

   ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 07/15/2022

*Brandon Moore*
*Defendant's signature*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____

Approved.

Date: 07/15/2022

*Signature of Clerk or Deputy Clerk*

*Judge's signature*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                                                              Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT
для the
Middle District of Alabama

United States of America
v.
BRANDON MOORE, a/k/a "BAMBOOZLE MOORE," a/k/a "BAM"
*Defendant*

Case No. 2:22-mj-104-KFP

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                            *Place*

on _____
            *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

Case 2:22-mj-00124-KFP Document 4 Filed 07/15/22 Page 2 of 4
Case 1:22-cr-10137-FDS Document 11 Filed 07/18/22 Page 11 of 14

AO 199B (Rev. 12/20) Additional Conditions of Release                                                              Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

    Person or organization _____

    Address *(only if above is an organization)* _____

    City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

    Signed: _____ _____
                                    *Custodian*                               *Date*

( ☒ ) (7) The defendant must:

    ( ☒ ) (a) submit to supervision by and report for supervision to the   assigned Pretrial Services Officer  ,
              telephone number   (334) 954-3226  , no later than   as instructed  .

    ( ☒ ) (b) continue or actively seek employment.

    ( ☐ ) (c) continue or start an education program.

    ( ☐ ) (d) surrender any passport to:   assigned Pretrial Services Officer

    ( ☒ ) (e) not obtain a passport or other international travel document.

    ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:   Travel is restricted to the MD/AL and District of Massachusetts (court and attorney meetings). All travel outside the MD/AL and to the District of Massachusetts must be approved in advance by your supervising officer. Reside at address on file with the Clerk's Office.

    ( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   co-defendants

    (   ) (h) get medical or psychiatric treatment:   Continue participation in current mental health treatment program.

    ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

    ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

    ( ☒ ) (k) not possess a firearm, destructive device, or other weapon. *ALL OR ANY FIREARMS SHALL BE REMOVED FROM THE RESIDENCE OR PROPERTY WITHIN 24 HOURS.

    ( X ) (l) not use alcohol ( ☐ ) at all ( ☒ ) excessively.

    ( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

    ( ☒ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

    ( ☒ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling **if directed** by the pretrial services office or supervising officer.

    ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
            ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
            ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
            ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
            ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
            **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev 12/20) Additional Conditions of Release                                Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

- ( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
  - ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - ( ☐ ) (ii) Voice Recognition; or
  - ( ☐ ) (iii) Radio Frequency; or
  - ( ☐ ) (iv) GPS.
- ( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
- ( ☒ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( X ) (t) follow all instructions of the supervising officer.

AO 199C (Rev 09/08) Advice of Penalties     Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Brandon Moore_
*Defendant's Signature*

Highland Home, Alabama
*City and State*

### Directions to the United States Marshal

( ☒ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: July 15, 2022

*Judicial Officer's Signature*

U.S. MAGISTRATE JUDGE KELLY FITZGERALD PATE
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
 )
v. ) CASE NO. 2:22-MJ-104-KFP
 )
BRANDON MOORE )

## FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence—that is, evidence that favors the defendant or casts doubt on the United States' case—as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including but not limited to exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

DONE this 15th day of July, 2022.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE